**Order entered December 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01165-CR

**CHADRICK OTIS HAVEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-60734-N**

## ORDER

The Court **REINSTATES** the appeal.

On December 3, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is represented by retained counsel who requested the record after he was retained; (3) Sandra Hughes is the court reporter who recoded the proceedings; (4) Ms. Hughes suffered a shoulder injury that resulted in a delay in her completing her work; and (5) Ms. Hughes stated that the record could be filed within thirty days of the December 17, 2015 findings.

We **ORDER** court reporter Sandra Hughes to file the complete reporter's record, including all exhibits admitted into evidence, by **JANUARY 20, 2016**.

We **DIRECT** the Clerk to send copies of this order to Sandra Hughes, official court reporter, 195th Judicial District Court, and to counsel for all parties.


/s/    ADA BROWN
       JUSTICE